## PANDEMIC EVENT ENDORSEMENT

POLICY CERTIFICATE NO.:  TNR 18 8275

*This Endorsement changes the Policy – please read it carefully.*

In consideration of the premium charged, it is hereby understood and agreed that, for the purposes of this Endorsement, the Policy is amended as follows:

The following provisions are added to Section B of the Declarations:

**B: Limits of Indemnity and Deductible:**
Limit of Indemnity for **Pandemic Events** (By Endorsement Only):   $250,000   per **Covered Location**
$1,000,000   per **Period of Insurance**
**Deductible** (Section 4.7):
as respect **Pandemic Events** (By Endorsement Only):   $10,000   Each and Every **Incident**

Section 2. <u>LIMITS OF INDEMNITY</u> is amended to delete and replace the following:

**2.3**   **"Limit of Indemnity for Incident Response Expenses"** - Underwriters' maximum liability for **Incident Response Expenses** affecting all **Covered Locations** insured hereunder for **Restaurant Events**, **Supplier Events**, and **Pandemic Events** shall not exceed the corresponding **"Limit of Indemnity for Incident Response Expenses"** set forth in Section B of the Declarations, as amended, regardless of the number of **Insureds** named in the Declarations.

**Incident Response Expenses** shall be in excess of any applicable **Deductible;** except that **Crisis Management Expenses** paid as part of **Incident Response Expenses** shall not be subject to the **Deductible.** Any amounts paid hereunder with respect to **Incident Response Expenses** shall reduce the remaining applicable Limits of Indemnity payable with respect to **Actual Net Loss.**

Section 2. <u>LIMITS OF INDEMNITY</u> is amended to include the following:

**2.11**   **"Limit of Indemnity for Pandemic Events"** - Underwriters' maximum liability for **Actual Net Loss** and **Incident Response Expenses** affecting all **Covered Location(s)** insured hereunder for **Pandemic Events** shall not exceed the Limit of Indemnity set forth in Section B of the Declarations, as amended, per **Period of Insurance** and shall be in excess of the **Deductible**.

If any indemnity is owed under Section 2.1 **(Restaurant Event),** 2.2 **(Supplier Event)** or 2.13 (**Hospitality Event**), if applicable, for any **Incident**, no indemnity shall be owed under this Section 2.11 for that same **Incident**, regardless of the number of **Pandemic Events**, involved and irrespective of whether an **Insured** sustains any loss, in whole or in part, as a result of any **Pandemic Event.**

Section 4.  <u>DEFINITIONS</u>**,** is amended to include**:**

**4.59**   **"Pandemic Event"** means either:

(a) the actual presence of an **Infected Person** within a **Covered Location**; or,
(b) the announcement by a **Public Health Authority** that a specific **Covered Location** is being closed as a result of an **Epidemic** declared by the CDC or WHO.

**4.58**   **"Infected Person"** means an individual who has been confirmed by a licensed physician to be contagious with a **Covered Disease** during an **Epidemic** of that **Covered Disease.**

**4.56**   **"Covered Disease"** is limited to the following pathogens, their mutations, or variations:

- Avian Flu
- Bubonic Plague
- Diphtheria
- Ebola
- Hand, Foot and Mouth Disease
- Human Papillomavirus (HPV)
- Legionellosis
- Leprosy
- Malaria
- Measles
- Meningococcal
- Monkpox
- Mumps
- Pertussis
- Polio
- Rabies
- Rotavirus
- Rubella
- Severe Acute Respiratory Syndrome-associated Coronavirus (SARS-CoV) disease
- Smallpox
- Swine Flu
- Tuberculosis (TB)
- Varicella (Chickenpox)
- Yellow Fever
- Zika Virus
- or, as designated by Underwriters

**4.57** **"Epidemic"** means an occurrence of a **Covered Disease** that:

    (a) rapidly and unexpectedly becomes widely distributed and affects or attacks persons simultaneously throughout a geographic location, region, territory, country, continent, or globally as defined by the World Health Organization ("WHO"), or the Center for Disease Control ("CDC"); and

    (b) would impair normal physical function of any part, organ or system (or a combination thereof) of the body that manifests by a characteristic set of signs and symptoms;

**4.3** **"Affected Covered Location"** For **Pandemic Event(s)**, **Affected Covered Location** shall mean only the specific **Covered Location** where the **Pandemic Event** occurred and whose **Normal Gross Revenues** are reduced by at least ten percent (10%) for a period in excess of seven (7) consecutive days, due directly and solely to the occurrence of a **Pandemic Event**.

**4.13** **"Incident"** means a **Pandemic Event**. All **Pandemic Events** arising out of one or multiple visits by an **Infected Person** or the simultaneous presence of multiple **Infected Person(s)** within a **Covered Location,** shall be considered one **Incident**; and, the **Incident** shall be deemed to have occurred at the time of the earliest occurrence of the **Pandemic Event.**

**4.14** **"Incident Response Expenses":**
    **(g)** up to $10,000 for cleaning and sanitization of only the **Affected Covered Location(s)** per **Period of Insurance** for **Pandemic Event(s).**

**4.24** **"Period of Restoration"** for **Pandemic Event** means a period of twelve (12) months. The period commences on the date of the **Incident** and ends on the earlier of the following dates:

    (i) the first date that the **Gross Revenues** derived from the **Insured's** normal and customary business operations at the **Affected Covered Location** are within ten percent (10%) of the **Normal Gross Revenues** for the **Affected Covered Location** and; thereafter, remain within ten percent (10%) of the **Normal Gross Revenues** for the **Affected Covered Location** for the next six (6) consecutive days; or

    (ii) twelve (12) months from the date of the **Incident;**

The **Period of Restoration** shall not be affected by the expiration of the **Period of Insurance.**

Section 6. EXCLUSIONS is amended to include:

This insurance also does not cover any **Actual Net Loss**, **Incident Response Expenses**, or **Extortion Payments** directly or indirectly caused by, arising out of, contributed to by, in consequence of, or resulting from, any of the following:

**6.43** at a **Covered Location,** other than the specific **Affected Covered Location** where the **Pandemic Event** occurred**.**

This is a part of your Policy, and takes effect on the effective date of your Policy unless another effective date is shown below.

| Must Be Completed | |
|---|---|
| Endorsement Number | Policy Number |
| 1 | TNR 18 8275 |

*Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.*

Effective on and after   6/21/2019   at 12:01 a.m. local standard time.
Issued to:     SCGM, Inc.
Issued by:     Certain Underwriters at Lloyd's
Expiration Date:   6/21/2020   at 12:01 a.m. local standard time.

*All other terms, conditions and exclusions of this Policy remain unchanged.*

Countersigned: *David J Hanley*
                            Authorized Representative