P a g e | 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCGM, Inc. d/b/a Star Cinema Grill, Hollywood Palms Cinema, District Theater, and State Fare Restaurant, | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:20-CV-01199 |
| v. | § § | |
| Certain Underwriters at Lloyd's, London, | § § § | |
| *Defendant*. | § | |

**JOINT AGREED MOTION TO DISMISS WITH PREJUDICE**

The parties have resolved this dispute and have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, the parties do not wish to pursue this matter any further.

Accordingly, the parties jointly request that this matter be dismissed with prejudice with fees and costs to be borne by the party incurring same.

Respectfully submitted,

**SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP**

By: /s/ Jay W. Brown
    Jay W. Brown – Attorney in Charge
    Texas Bar No. 03138830
    SDTX Bar No. 1314
    jbrown@shackelford.law
    Bruce R. Wilkin
    Texas Bar No. 24053549
    SDTX Bar No. 641898
    bwilkin@shackelford.law
    717 Texas Avenue, 27th Floor
    Houston, Texas 77002
    Phone: (832) 415-1801
    Fax: (832) 565-9030

**ATTORNEYS FOR DEFENDANT**
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

**-AND-**

**HAWASH CICACK & GASTON LLP**

By: /s/ Michael A. Hawash (by permission)
    Michael A. Hawash
    Texas Bar No. 00792061
    SDTX Bar No. 18321
    mhawash@hcgllp.com
    3401 Allen Parkway, Suite 200
    Houston, Texas 77019
    Phone: (713) 658-9015
    Fax: (713) 658-9004

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the foregoing has been served on this 9th day of June 2020, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                                      */s/ Jay W. Brown*
                                      Jay W. Brown