United States District Court
Southern District of Texas

**ENTERED**
June 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCGM, Inc. d/b/a Star Cinema Grill, Hollywood Palms Cinema, District Theater, and State Fare Restaurant, § § § § | | |
| *Plaintiff,* § | | |
| v. § | CIVIL ACTION NO. 4:20-CV-01199 | |
| Certain Underwriters at Lloyd's, London, § § § | | |
| *Defendant.* § | | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendant move to dismiss this action in its entirety with prejudice, each party bearing its own fees and costs. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED in all things.

It is, therefore, ORDERED that the Joint Agreed Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

It is, further, ORDERED that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

It is, further, ORDERED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this __10__ day of __June__ 2020.

_____
PRESIDING JUDGE